■ In the Matter of SALLY KYA-HILL, Petitioner, v JACQUELINE SILBERMANN et al., Respondents. [619 NYS2d 549] —Application for a writ of mandamus denied, the cross-motions granted

and the petition dismissed, and the petitioner enjoined from any further actions in this Court without prior leave of a Justice of the Supreme Court, without costs and without disbursements. No opinion. Concur—Sullivan, J. P., Rosenberger, Ellerin and Kupferman, JJ.